App.1990); *State v. Mayo,* 784 S.W.2d 897 (Mo.App.1990).

STATE of Missouri, Respondent,

v.

Harold R. LAMASTER, Appellant.

Nos. WD 43718, WD 45360.

Missouri Court of Appeals,
Western District.

Aug. 25, 1992.

Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM.

Defendant appeals from conviction of second degree robbery. Section 569.030 R.S.Mo. 1986. This appeal has been consolidated with his appeal from the denial of a Rule 29.15 motion for post-conviction relief, after an evidentiary hearing. Rule 29.-15(1).

The judgment of conviction is affirmed. Rule 30.25(b).

The appeal from the denial of post-conviction relief is dismissed for failing to raise any issues with respect thereto. *State v. Gillispie,* 790 S.W.2d 519, 520 (Mo.

STATE of Missouri, Respondent,

v.

Randall R. BROOKS, Appellant.

Randall R. BROOKS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 43304, WD 45338.

Missouri Court of Appeals,
Western District.

Aug. 25, 1992.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SPINDEN and HANNA, JJ.

ORDER

PER CURIAM:

Appeal from conviction for murder in the second degree, § 565.021, RSMo 1986, and sentence of twenty years and armed criminal action, § 571.015 and sentence of three years with sentences to run concurrently.

Appeal from denial of motion filed pursuant to Rule 29.15.

Judgments affirmed. Rules 84.16(b) and 30.25(b).